IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No. 07-40060 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 13; 5/6-303(a) |
| AARON K. RUTHEY ) | 5/3-707(a) |
| Defendant. ) | 5/3-401(a) |

INFORMATION

**FILED**
JUL 0 6 2007
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

On or about June 13, 2007, in the Central District of Illinois, the defendant,

**AARON K. RUTHEY**

did operate a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while his driver's license was revoked in Illinois, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303(a), and in violation of title 18, United States Code, Section 13.

COUNT II

On or about June 13, 2007, in the Central District of Illinois, the defendant,

**AARON K. RUTHEY**

did operate a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jursidiction of the United States, and failed to show proof of liability insurance, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/3-707(a) and in violation of Title 18, United States Code, Section 13.

## COUNT III

On or about June 13, 2007, in the Central District of Illinois, the defendant,

**AARON K. RUTHEY**

did operate a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jursidiction of the United States, with no valid vehicle registration, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/3-401(a), and in violation of Title 18, United States Code, Section 13.

        **RODGER A. HEATON**
        **UNITED STATES ATTORNEY**


        BY:/S/Mary L. Fuhr
        **MARY L. FUHR**
        **SPECIAL ASSISTANT U.S. ATTORNEY**
        **Rock Island Arsenal**
        **Rock Island, IL 61299-5000**
        **Telephone: 309/782-8443**