E-FILED
Wednesday, 13 February, 2008  02:05:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
FEB 1 3 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America,   (
Plaintiff,                  (
                            (
    vs.                     (   Case Number: 07 CR 40060
                            (
                            (
Aaron Rothey,               (
Defendant.

## ORDER OF COURT SUPERVISION

Defendant __Aaron Rothey__ having personally appeared in Court and was / ~~was not~~ represented by counsel; having waived a trial; and plead guilty to the offense of __Driving While Suspended__.

THE COURT HEREBY ORDERS THAT further proceedings be deferred for a period of __12__ months and said Defendant be placed on court supervision for __12__ months with the following mandatory conditions:

(1)   The Defendant shall not violate any Federal or criminal statute or ordinance of any jurisdiction;
(2)   The Defendant shall pay a fine in the sum of $ __500__ and $25 special assessment with both the fine and assessment to be paid in full on or before __11/15/2008__;
(3)   The Defendant shall keep the Clerk of the Court aware of the Defendant's current address;

(4)


(5)

1

(6)

(7)

If the court determines that the Defendant has successfully complied with all of the conditions of the instant order of Court Supervision, the Court shall discharge the Defendant and enter an Order dismissing the charge. This dismissal shall be without an adjudication of guilt and shall not be deemed or termed a conviction.

DATED: 2-13-08        S/John A. Gorman
_____
                      JOHN A. GORMAN
                      U.S. MAGISTRATE JUDGE

The Defendant acknowledges receipt of a copy of this Order and further acknowledges that failure to follow any of the conditions could result in a revocation of this Order, judgment of guilt and conviction being entered and a new sentence with additional penalties imposed.

S/Aaron Ruthey
_____
Name(signed)

_____
Address

Rock Island IL 61201
_____
City, State

(563) _____
Telephone Number

## FINAL ORDER DISMISSING THE CHARGE

The conditions of this court supervision having been met, the case is dismissed and the Defendant is ordered discharge and no conviction for the original charge exists.

ENTERED: _____

_____
JOHN A. GORMAN
U.S. MAGISTRATE JUDGE